AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00049 |
| Ronald Andrulonis | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 2/28/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Ronald Andrulonis_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in an Restricted Building or Grounds.;
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building;
40 U.S.C. § 5104(e)(2)(G)-parade, demonstrate, or picket in any of the Capitol Buildings.

Date: __02/28/2023__

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.02.28 11:44:50 -05'00'

*Issuing officer's signature*

City and state: _____Washington, D.C._____   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/28/2023, and the person was arrested on *(date)* 03/02/2023
at *(city and state)* Philadelphia, PA.

Date: 03/02/2023

T. Mc_____
*Arresting officer's signature*

Detective Thomas McCormick
*Printed name and title*