**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **V.** : | **DOCKET NO. 23-MJ-49** |
| : | |
| **RONALD ANDRULONIS** : | |

*ENTRY OF APPEARANCE*

TO THE CLERK:

     Please enter the appearance of Thomas C. Egan III, Esquire, as attorney for Ronald Andrulonis in this matter.

                                  Respectfully Submitted,

                                  _____

/s/    Thomas C. Egan III, Esquire
        Attorney I.D. No. 52530
        618 Swede Street
        Norristown, Pa. 19401
        610-585-0201
        tom101861@aol.com
        Attorney for Defendant

## *CERTIFICATE OF SERVICE*

I, Thomas C. Egan III, Esquire, hereby certify that I caused this Entry of Appearance to be served upon the following persons and/or entities via ECF:

Clerk
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Honorable Michael Harvey
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Rebekah Lederer, Esquire
United States Attorney's Office
601 D. Street NW
Washington, DC 20001

Date:   03/06/2023

/s/   Thomas C. Egan III, Esquire