UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **DOCKET NO. 23-CR-85** |
| | : | |
| **RONALD ANDRULONIS** | : | |

### *DEFENDANT'S MOTION FOR CONTINUANCE OF ARRAIGNMENT*

Movant, Ronald Andrulonis, by and through his attorney, Thomas C. Egan III, Esquire, hereby files this Motion for Continuance and in support thereof avers:

1. On 3/16/23, Movant received a Notice of Hearing scheduling this matter for an "in-person" Arraignment before Chief Judge Beryl A. Howell on 3/31/23.

2. Counsel for Movant is unavailable from the afternoon of 3/30/23 through 4/10/23 due to a prepaid vacation.

3. Movant and his counsel are available as follows on the following dates and times for Arraignment understanding that the dates must also be consistent with the court calendar and the schedule of the assigned Assistant United States Attorney:

    a. 3/24/23 and 4/14/23 – all afternoon for each date;

    b. 3/27/23 – all day;

    c. 4/13/23 – any time in the afternoon;

    d. 4/17/23 – any time in the afternoon;

    e. 4/19/23 – all day.

4. If those dates are unavailable on the court calendar and/or the calendar of the assigned Assistant United States Attorney, and, the Arraignment is scheduled for a date subsequent

to 4/20/23, Movant agrees that the time is excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A) for the following reasons:

    a. The failure to grant the continuance due to the unavailability of counsel would make a continuation of the Arraignment proceeding impossible, 18 U.S.C. Section 3161(h)(7)(B)(i);

    b. The failure to grant the continuance due to the unavailability of counsel would deny the Movant continuity of counsel, 18 U.S.S. Section 3161(h)(7)(B)(iv).

5. The ends of justice served by granting the continuance outweigh the best interest of the public and the Movant in a speedy trial.

WHEREFORE, Movant respectfully requests this Honorable Court grant the Defendant's Motion for Continuance of Arraignment.

Respectfully Submitted,

_____
/s/     Thomas C. Egan III, Esquire

## ***VERIFICATION***

I, Thomas C. Egan III, Esquire, hereby verify that the facts contained within this Motion are true and correct to the best of my information and belief.

Date:   03/16/23

_____
/s/     Thomas C. Egan III, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **DOCKET NO. 23-CR-85** |
| | : | |
| **RONALD ANDRULONIS** | : | |

### *ORDER*

AND NOW, this _____ day of March, 2023, upon consideration of the Defendant's Motion for Continuance of Arraignment, it is hereby ORDERED and DECREED that the Motion is Granted. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Movant in a speedy trial.

By the Court:

_____
Honorable Beryl A. Howell, Chief Judge

## *CERTIFICATE OF SERVICE*

I, Thomas C. Egan III, Esquire, hereby certify that I caused this Defendant's Motion for Continuance of Arraignment to be served upon the following persons and/or entities via ECF:

Clerk
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Chief Judge Beryl A. Howell
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Rebekah Lederer, Esquire
United States Attorney's Office
601 D. Street NW
Washington, DC 20001


Date:  03/16/2023

/s/      Thomas C. Egan III, Esquire