# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 23-cr-85 (BAH) |
| : | |
| Ronald Andrulonis, : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     *s/ REBEKAH LEDERER*
          REBEKAH LEDERER
          Pennsylvania Bar No. 320922
          Assistant United States Attorney
          U.S Attorney's Office for District of
          Columbia 601 D St. N.W, Washington, DC
          20530
          Tel. No. (202) 252-7012
          rebekah.lederer@usdoj.gov