# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-85 (BAH) |
| | : | |
| **RONALD ANDRULONIS,** | : | |
| Defendant. | : | |

### JOINT MOTION TO SCHEDULE A CHANGE OF PLEA HEARING

The United States of America and Defendant Ronald Andrulonis, by and through his counsel, (collectively, "the parties"), have reached a plea agreement in which the Defendant has agreed to plead guilty to one count of violating 18 U.S.C. § 1752(a)(1). Accordingly, the parties respectfully jointly request that the Court schedule a hearing for the Defendant to enter a plea.

The Court previously ordered all parties to appear for a status hearing on September 8, 2023. In the interim, a plea agreement has been reached and the government is awaiting the signed statement of offense, in support of the plea, by Mr. Andrulonis and his counsel.

Accordingly, the parties jointly respectfully request that the Court vacate the September 8, 2023, status and schedule a change of plea hearing September 8, 2023, or October 6, 13, or 27, 2023.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*For Ronald Andrulonis*

*/s/ Tom Egan*
TOM EGAN
681 Swede Street
Norristown, PA 19401

*/s/ Rebekah Lederer*
REBEKAH LEDERER
Assistant United States Attorney
Pennsylvania Bar No. 320922

tom101861@aol.com

601 D St., NW
Washington, D.C. 20001
202-252-7012
Rebekah.Lederer@usdoj.gov