Honorable Beryl A. Howell,

    I am writing on behalf of Ronald Andrulonis. I have known Ron on many levels, as a friend, as a boyfriend, and most recently, the father of our son Oliver who was just born in October of this year. With trying to get pregnant for almost two years, we thought the day of being parents would never happen. In February of this year, all of that changed. We were ecstatic. It was a surreal feeling. All the thoughts and emotions of being first time parents were spirally just before our eyes. That all changed when Ron was arrested in March for not only him, but for our family. We lost our main source of income, health insurance, and I watched Ron try to hide all of what was to follow so as not to bear more stress upon me.

    While I know in your long career you've read these letters time and time again, but I do believe Ron is the exception and what happened on January 6th is not what he exemplifies in his day to day. Watching him over the last ten months try to hold it together for our family I think has been enough punishment. While we are supported heavily by our families, we both feel defeated in not being able to adequately provide for our now growing household. Ron has tried multiple times to seek new employment but has been denied due to his record with the opening of this case.

    With myself now being out on maternity leave with no income, you can see the burden that this is continuing to cause for our family. If Ron were to be incarcerated, we would be at risk of losing our home, as well as other items that we will be unable to pay for without him here. I've watched him regret his decision over and over.

    Ron is a good person, who made a mistake. Despite the circumstances of this case, Ron is an honorable individual and veteran, a new father, a valuable member of the community, and a good human being. He did not act out violence; he did not steal. I plead with you, Judge Howell, to use your discretion to lean into mercy for my family and myself to make your decision. I ask that you allow Ron to serve, if any sentence, through probation or under house arrest to be able to support not only the ones that he loves, but the ones that also depend on him. It is my sincere hope that the court takes this letter into consideration at the time of sentencing.


Respectfully,

Christine Devine

09/18/2023

Ronald Burgess
1711 Moore Street
Philadelphia, PA 19145

Honorable Beryl A. Howell

Your Honor,

    My name is Ronald Burgess and I'm a Philadelphia Police Detective who has been employed by the Philadelphia Police department for 16 years. I'm writing this on behalf of Ronald Andrulonis who I have known for approximately 25 years from growing up in the same neighborhood. I'm aware of the crime Ronald committed and I believe this is not a reflection of his true character and the person I've known for 25 years. From speaking with Ronald I believe he had an emotional reaction that I know he deeply regrets. The Ronald I know is a very caring person that would do anything for anyone he knows, whether family, close friend or mere acquaintance. While I've known Ronald since 1997-98, I only became close with him in 2007 when he learned of the passing of my Grandmother. Ronald showed up to my house to express his condolences to my family despite the fact that I haven't seen or spoke to him in the years (2) prior. That action left an impact on my parents that they still talk about to this day as they credit Ronald with helping them in the grieving process with his random act of kindness.

I'm writing this letter in hopes that it will have impact on Ronald's sentencing. Ronald has a baby on the way and has been completely focused on preparing himself and his life around being a father to this child and being a better person for it. I know Ronald has learned a great lesson from the consequences he has already faced stemming from his actions on January 6th, 2021. Ronald's loved ones and I are hoping that he also doesn't face further consequences and miss the birth of his first child.

Ronald has expressed to me many times the deep regret he has for his actions that day and accepts that what he has done was wrong. I hope this letter gives you a good idea of Ronald's true character and hope it helps to give him a second chance to prove his actions were out of character.

Thank you for taking the time to read this letter.

Sincerely,

Ronald Burgess

Dear Honorable Beryl A. Howell,

      I'm writing on behalf of my close friend Ronald Andrulonis. My name is Joe Barber and I have been friends with Ron for a long time. Its been at least thirty years that I have known him as we have grown up in the same neighborhood of Kensington. Ron was in my wedding and is one of my best and closest friends. We grew up playing sports together and then kept in touch when he went away to serve our country in the army. Ronnie went through a lot over there in the Iraq war and although he never speaks about it, we know it had to be tough on him. To us he is a hero who served his country without complaint as he loves America so much. I think this is how he got into the predicament of going to the January 6th protests. I speak to Ron every week and I know he went there with the best intentions of exercising his right to protest an election he felt was not handled correctly. He also wanted to support his President. The mistake he made was getting caught up in the moment and following the crowd into the capital out of curiosity. He does not belong to any of these groups who he was accused of being a part of. The only group I know he is part of is a bunch of guys that golf a lot . He works and he golfs.

      Ron is one of the best people I know.  Someone who you can count on for help like moving, fixing something in your house or just to hang out with and watch football. He has always been a hard worker and has excelled in every job he has had. He pays his taxes and treats all of his fellow citizens with respect. I've seen him help family and friends in need with his own money because he is a kind good person. As men do we do dumb things sometimes? Absolutely. But I don't feel like one bad mistake on a day that was a crazy day should impact Ron's ability to help his girlfriend raise their newborn child that will be born in October. Ron needs to be home to help raise and provide for his child. I've always been told I'm a good judge of character and I don't keep bad people around me. I've grown up with a lot of bad people either in our rough neighborhood of Kensington or in my own family. Ron is the opposite of a bad person. He is a great person, who I've seen stick up for the helpless. Loves animals and all people.

      I respectfully ask that you take leniency on Ron in this matter and I can personally guarantee that Ron will continue to be an upstanding citizen that I know will raise a child to also be an upstanding citizen.

Thank you for taking the time to read this

Respectfully,

Joseph Barber Jr.

Russell Kubach
2538 Gillingham St
Philadelphia, Pa 19137
215-290-0559

Honorable Beryl A. Howell,

I am writing to speak on behalf of Ronald Andrulonis, a man I have had the privilege to call a friend for over 20 years, a man whose character embodies the very essence of selflessness, dedication, and service. As a military veteran, he carried the weight of responsibility with grace and unwavering commitment, displaying courage in the face of adversity. His tenure in the armed forces epitomized the virtues of loyalty, discipline, and sacrifice, instilling in him a profound sense of duty not only to his country but also to his community. It is in this spirit of service that Ronald approaches every aspect of his life.

Moreover, Ronald recently embraced a new role as a father with unparalleled enthusiasm and devotion. The obvious joy and love for his son is matched only by his unwavering determination to provide a nurturing and secure environment. His dedication to family mirrors his dedication to country—steadfast, unwavering, and wholehearted.

Throughout his journey, Ronald has consistently demonstrated a commitment to bettering the lives of those around him. His actions speak volumes about his character, and it is my belief that his past contributions and his potential for future positive impact are integral aspects that merit consideration as he navigates this chapter of his life. Your Honor, I respectfully urge you to consider Ronald's remarkable character and contributions rather than a lapse in judgement that has brought us to this point when determining the path forward.

Respectfully,

Russell Kubach

Character Reference for Ronald David Andrulonis

Honorable Judge Howell,

    I am writing to vouch for the character of my brother-in-law, Ronald Andrulonis, who is facing prison time for the incident at the Capital building. I understand the gravity of the situation and the importance of this letter, so I want to give an honest account of his character.

    I have known Ron for over 17 years and during this time, I have found him to be a hard worker, deeply family-oriented, and someone who loves his country. His dedication to his work, family, and country are aspects of his character that I greatly admire. He is a respected war veteran; Ron has served our country with honor and dedication. His commitment to service is a testament to his strong character and sense of duty. His love for his country is evident not only in his military service but also in his everyday actions and conversations.

    Recently, Ron became a father. This new role has brought about a significant change in him. He is a devoted and loving father who is committed to providing a nurturing environment for his child. His dedication to his family further demonstrates his responsibility and caring nature. I have spent a lot of time with him over the years and he's never shown any inclination to want to do harm on anyone or any property.

    I understand that Ronald has made mistakes, and he is genuinely remorseful for his actions. He has expressed his commitment to making amends and learning from this experience. I firmly believe that he will strive to be a better person moving forward. I kindly ask you to take into consideration his good character, his service to our country, his work ethic, his family values, and his new role as a father when making your decision. I believe that Ron is capable of turning this situation into a life-changing experience that will ultimately lead to his personal growth.

Thank you for taking the time to read this letter. If you need any further information, please feel free to contact me.

Sincerely,

Joseph F. Slabinski IV
267-228-6380
Jslab51@yahoo.com

October 15th, 2023

Judge Beryl Howel:

I am writing this letter to attest to the good character of my friend, Ronald Andrulonis Jr.
I am fully aware that he was arrested and plead guilty to misdemeanor charges for being inside the U.S. Capitol Building on January 6th, 2021.
I have known Ronald for over five years and can honestly say that he is truly a person of good character. He is known to me to be a hard-working individual and a great son, and a brother. Currently, in his life he is devoted to the mother of his child, and recently became a new father. These duties have consumed him in a very positive way that further demonstrated that he has evolved further into a good family man.
I am proud to call him my friend and wouldn't hesitate to involve him with my own family as I have done over the years.

                    Steven J. Weiler
                    Vice President
                    Philadelphia
                    Fraternal Order of Police, Lodge 5
                    Email: sweiler@fop5.org

Dear Honorable Beryl A Howell,

I am writing this letter on behalf of Ronald Andrulonis. My name is Luigi Sellecchia I first meet Ronald on 2-1-16 the day we both started at Amtrak. He turned out to be a veteran of the US Army as well. I have remained friends with him since that day. Ron was and is a hard working man. I became the President of our Local union 3012. Ron was always a active member. He wanted to help anyone he could. I was also a assistant supervisor at Amtrak. Ron was always the first one to get to work and the last one to finish. He has one of the best work ethics I have ever seen. He always took it upon himself to teach newer employees anything he could teach them. We have spoken about his time in the army and what he has been though. Ron loves his country and was willing to put his life on the line in the

name of this great country. Ron went there that day in January to exercise his right to protest something he believed was wrong. A right every American is born with and a right I believe he earned. He had no idea it would of turned into what it did. I belive he got caught up in the moment and followed the crowd that day. I know If Ron could take back that day he would. He and his family have lost so much because of his actions. He lost the job he loved and worked so hard to move up in. Ron and his girlfriend just welcomed there first born son recently Oliver James.  He is the most beautiful little boy a father and mother could wish for. Ron needs to be home to support his girlfriend and help raise Oliver. Sending Ron to jail will do nothing but hurt this family even more. Jail will do nothing more to teach him a lesson then this has already done. Ron needs to be home

changing diapers not sitting in jail. I hope you can rule him a sentence that keeps him home with his family. Baby Oliver needs his father.

Thank you for taking the time to read this.

Respectful ,
Luigi Sellecchia

Honorable Beryl A. Howell,

      I am writing this letter in reference to Ronald Andrulonis' character. I've known Ron and his family for over 20 years. Ron was a good kid who choose to serve his county joining the U.S. Army. Ron is a family man and hard worker. Unfortunately, Ron got caught up in the January 6th protests which went awry. This was out of character for Ron who deeply regrets his actions that day. This does not define the person Ron is each and every day.

Sincerely,

Michael Brown

Philadelphia Police Officer

FBI, Violent Drug Gang Unit

To The Honorable Beryl A. Howell,

Hello. I am writing this letter in reference to the case of Ronald Andrulonis. I have had the privilege of knowing Ron and his family for over twenty years. They are staples in our community. I have personally seen Ron, who is also a roofer, help elderly neighbors in our community by fixing their roofs without charge. He always participates in the annual Operation Elf program to help our families that do not have much. Ron has served his country in the military with honor and has always worked hard to provide a better life for his family.

I realize that Ron became caught up in the emotional events of January 6th, 2021, and he has taken responsibility for his actions on that day. He has lost his job because of the incident and has also been arrested for it.

I hope you will consider his whole life and not just one incident when deciding his punishment. Ron is about to become a new father and is in the process of starting his life again after this incident. He has a lot of friends and family that support him in doing so.

Thank you for allowing me to write this letter about a great friend of mine, who I know will make his community a better place for everyone.

Thank you,

Robert McMaster
Philadelphia Detective (Retired)